case number 19-1393 United States of America versus Samira Jabr appellant Mr. Kramer for the appellant Mr. Lenners for the appellant. Good morning counsel. Mr. Kramer please proceed when you're ready. Good morning your honors. It may have pleased the court. AJ Kramer on behalf of Samira Jabr. This was an unusual case in the sense that once the government presented its evidence and completed its proof it became apparent that the the information that the government filed remembering that it was solely in control of the government because this was a misdemeanor what the information said it became apparent that Ms. Jabr was not actually charged with a federal crime. She was charged with entering the White House complex and the Treasury building and grounds which is not a federal crime as the district court properly found and as the government does not dispute on appeal they don't dispute the district court's finding and if I could read to you from what the government said to the district court the chart at page 155 of the appendix they said the charging language specifies the date and location of the offense the identity to be accused the required scienter and the essential facts of the criminal conduct the next sentence they said it's further specified that she entered the White House complex and the United States Department of Treasury building and grounds language that informed her of the specific conduct alleged to be a federal crime so that since it turns out that was not a federal crime two things two arguments one is the district court should have dismissed the case at that point because no federal crime was alleged in the information or second of all the district court could not have found Mr. Jabr guilty of an attempt to what's not a federal crime but can I ask you about the first one of those so sure that as I recall there was no rule 12 motion ever filed in this case right the motion that was filed after the close of the evidence was a real 29 motion yes so if there's no well motion to dismiss the sorry if there's no rule 12 motion to dismiss the information then we're not dealing with the appeal from what you would say is the erroneous denial of a real 12 motion all we have before us is the motion for judgment of acquittal so two things there was in the papers for the motion of judgment of acquittal there was a motion that the district court should dismiss the information because it after the proof was made because I didn't think it would have been proper to file a rule 12 motion in the sense of there was no proof the government would have said we have to wait because you got to remember the government's focus entirely almost entirely in the district court was that this did charge a federal crime that White House complex and Department of Treasury building and grounds was a federal crime was included in the statute so in the papers for the for the judgment of acquittal it specifically asked that just told that said that the district court that it should dismiss the information because it fails to state a federal offense and the government said that the timing of that was not improper they specifically told the district court that because a defendant can raise jurisdiction at any time that the timing of that was was it's not the timing they said that was the problem well so that I think that's true of if it's jurisdictional so and I know that you have your argument that there's was a lack of jurisdiction here but if we don't think of it in terms of jurisdiction there's still the possibility of filing a rule 12 motion to dismiss an information on the basis that a crimes not alleged based on what spelled out in the information and that I think that what what one would need to make that kind of argument is apparent on the face of the information but it wasn't made at the time that the information was issued well I don't I don't think it is apparent on the face of the information because remembering that the government said White House complex and Department of Treasury rounds is a restricted area under that was and until there was proof at trial there was no way to know whether that but what if what for example what if the indictment says what I'm sorry the information said that the area that was breached was Pennsylvania Avenue that would be I think that would be a closer case for an hour I mean that might still there might still be an issue the government let me put it this way if a rule 12 motion in the file the exactly what it said in the district court that this will that this White House complex and Department of Treasury building your grounds is a restricted area under the statute and you can't decide that judge until the facts come out at trial because this can't be a pretrial here the pretrial hearing would be the trial itself essentially about what it is so that's the reason but in the papers it said during the papers that rule 29 it said that the information the district court should dismiss the information for lack of jurisdiction and the government said that the timing of that was not a problem they specifically said timing is not a problem it's incorrect legally is what they said so they specifically told the district court that it's not the timing of the argument that's incorrect but it's the it's the the some of the merits of the motion first of all on jurisdiction doesn't have to be filed it can be raised at any time and second of all would have been premature in the sense of it required the proof of trial of the government's witnesses testifying that the White House and its grounds are different than the White House complex and ground but even if the even there's still the second issue which is the district court this is not a lesser included offense which the government spends much of its brief arguing the schmuck case one of my favorite names for a defendant the government spends much of its time arguing that schmuck applies to this case it simply does not it's talking about a lesser included offense and the government even cites cases in this brief decided long before schmuck saying that attempt is a lesser included offense but even if we agree with you on that it seems that the the district court relied on rule 31 c2 and said that this was an attempt to commit the offense that was charged why isn't that what happened here I do think that's I do agree that that's what the district court tried to rely upon although the government disputes that in but that's not because the offense charged which includes according to the government the specific conduct and the essential facts is not a federal crime it's just not a federal crime so you can't attempt something that's charged in the she was not charged with attempt but she was she was convicted of offense was that was charged in the information 1752 a1 as far as it's the same statutory provision right it's the same statutory provision but the government never moved to amend it first of all either to change White House complex in the Department of Trade in fact they specifically issued amending so so so let's suppose she were charged with assaulting a federal employee the you know general assault federal assault provision 18 USC 111 I think it is and the information said that she that she committed the the assault to it she punched a Treasury Department employee and then the evidence that comes out in a trial is that she punched a US Park official who is an Interior Department employee and the judge says well under 31 c2 there's no problem here it's still the same offense I'm going to find her guilty you you filed the same sort of motions rule 29 motions and whatnot that you did here in in the in the court found her guilty of assaulting an Interior Department employee when the information said a Treasury Department employee would that be a problem I think it is it's did I think two on several months it's two different it's not the facts alleged in the indictment and the information which I rely upon the Sanders case from the Fifth Circuit that says Sanders argues quite sensibly that the government must prove the crime charged in the indictment and that permitting the government to convict the defendant on a material different theory or set of facts which I think that is but even if it wasn't the I think there's a major difference there because the two both of the things you've hypothesized are federal crimes in this case and complex and Treasury Department of Grant is not a federal crime what it could be depending upon the facts right if if if let's suppose the president had you know gone to visit the Treasury Department and give a speech and was in that building at the time she jumped the fence and ran up then that would be a crime right because the way that the statutes written depending upon whether a protected individual is is is at that it could be but that's under a different subsection of the staff that's not under the subsection mr. I was charged with that's under 1752 a I'm sorry sections B and C above B where a protected person is temporarily visiting that's not the crime mr. Barr was charged with so she was charged with subsection 1a of the White House or its grounds no no she's charged with with a one which is entering any restricted building or grounds that's right but fence and and there's there's there's a there's a definition of of restricted building or grounds has different definitions but it's still the same offense right you're still entering a restricted building or grounds it's just it's just a difference in theory of why it's a restricted building or grounds right which which needs to be charged in the information the what she was charged with was the term restricted buildings or grounds means any post of the White House or its grounds is what the government claimed in what the district court convicted her of but that's not what she was charged with she was charged with a totally different set of facts but but but when you saw that information what part of restricted building or grounds did you think that they were alleging well until the proof came I'm sorry until the proof came out of trial we didn't know frankly until they said what they claimed was the restricted building or grounds it was impossible to know counsel may I ask a question cutting through some of the technicalities how are you prejudiced in this case by the district judge's modification I won't you say amendment why were you prejudiced because she was convicted of something that's not a federal crime I mean I think if you if this theory seems to me you were notified of course that the district judge was focusing on attempts right well the district judge was asked a question couple of questions about attempt during the argument I don't focus on I'm not sure I agree with you did you have an opportunity to argue against that to argue against sure yes that's the tenth yes what was your argument that you can't attempt to commit what's not a federal crime she was charged with what's not a federal crime in other words you didn't make any factual defense well by that point we by that point the corrective we didn't put on any evidence but we may well have approached the case differently the government had presented its entire case I don't think we're required to show that for two reasons first of all she's convicted of something that's not a federal crime as the charge in the information and the government never moved to amend the information and second thing is judge did no the district judge did not the district judge I think may have constructively amended it which is per se reversible error a constructive amendment but the district you know we have to distinguish between cases in which involve an indictment that presents a constitutional question and an information and in a rule seven and information is given a much more much greater freedom well I don't I don't think so in this sense because the rule says unless and it talks about the court may permit an information to be amended in any time that read that doesn't say the court can do it on its own that requires the government to move to amend the information which it specifically said was not it was unnecessary and it was not doing well I don't I don't read that as precluding the judge doing it on his own well I think the court the rules are written there's many rules written and say the court that the defendant or the process government or the court on its own may this doesn't contain that this says the court may permit somebody has to ask for the court to permit something so your basic argument then is it was improper for the modification absolutely well that's a second argument the first argument is what I said about not being a federal crime but yes that unless the government moves there's nothing the district court can do to permit something so can I I don't want to cut off judge Silverman I want to follow up on one of his questions though go ahead on on that issue even if we assume that it's for the judge to do it to amend the information without the government's participation then why wouldn't harmless error apply and if we I'm gonna assume that you're gonna say harmless error doesn't apply and I'll want to hear what you say about that but if we assume that harmless error does apply what's harmful about the error here the hump I come back to what I've said the harmfulness of the error is she was convicted of something that's not a federal crime I think that's pretty basic a basic right that people have to be convicted you know to be not say close enough for government work that's not the way the criminal justice system works um so I think that's that's the main prejudice that she's convicted the second thing is the government specifically said we're not asking you there's no need to amend the information but the conduct she was just on the first one the conduct she was convicted of if you if you allow that it's an attempt the conduct that she was convicted of is a federal crime the conduct the conduct may be although there's the whole thing about with without lawful authority which I think they're right putting that to one side I know you have your argument on that but the attempt the conduct that constituted the attempt is a federal crime and so then then the question becomes what's harmful about what's non harmless error about allowing an amendment of the information in the way that it came about here I think I think an amendment as opposed to a variance an amendment of an indictment and I'm gonna say information since the government is per se reversible error I believe as opposed to a variance which is is evaluated under a different standard I think you think don't you think those cases all involve the problem of a grand jury circumventing a grand jury which you don't have in an information well I think there's all the more reason to hold it to a stricter standard here where the government drafted the information was totally within their control and they specifically told this report when the issue arose no we're not amending the when we don't want to amend the information it states of federal crime and they insisted on that I don't see right why rewarding them for that stance is better so to speak or different than allowing an indictment to be amended so that's the one thing I don't and judge certain chief judge Cerny virus and I think there is a the issue of if she had actually gone to the there's much different fencing and signage and Secret Service officers I don't think that it's clear that she would have attempted to enter there so I'm not sure that I agree with you putting aside the without lawful authority but no evidence of I'm not sure I agree with you that the conduct constituted the crime of attempt in any event well suppose she had just crossed Pennsylvania Avenue and never even reached either location either the Treasury Department or the White House but she had intended to cross into the White House and she was stopped and there's unbelief and there's unequivocal evidence that she's so so attempted then she came into crime if she was charged with that crime if she was charged with the with attempt with attempt with attempt but under rule 7 the attempt is always covered by the charge itself you know how the government doesn't have to charge attempt separately it's included if there's an attempt provision in the statute yes but but it has to be a that she's charged with to begin with well suppose she was just walking across the Penn Pennsylvania Avenue well I mean they'd have to be a lot of them I don't know how she'd be stopped but there would have to be a lot of evidence that whether in this case though the evidence was unequivocal she admitted herself well she's she said she wanted to talk to Trump is what she said she didn't say she was going to enter the White House without lawful authority she said she wanted to talk to Trump and the government presented no evidence about and Judge Silberman what may be missing from your hypothetical is the without lawful authority part of it so the government didn't could have asked any of their witnesses did Ms. Jabbar have the lawful authority and they chose not to for whatever reason didn't they elicit evidence that it was a restricted area everything inside the fence was a restricted area they did say that but that doesn't mean she didn't they didn't say restricted to who or what and there were no you got to remember where she went over there stepped over the fence and the gate there were no signs saying anything about restricted area or no entry those signs were at a much different location than than where Mr. the fence so saying that it's restricted entry also I don't think proves the government has to prove beyond a reasonable doubt that she was without lawful authority saying that it's a restricted area doesn't prove that Mr. Barr did not have lawful authority to enter I think okay let me make sure my colleagues don't have further questions at this time we'll give you some time for rebuttal Mr. Kramer thank you we'll have from the government now Mr. Lenners thank you your honor good morning and may it please the court Dan Lenners for the United States the defendant in this case was charged with the completed crime of entering a restricted area under 18 USC 1752 a1 she was convicted of attempted entry of an unlawful area the restricted area under the same statute that was proper for a variety of reasons fundamentally the defendant has never identified any prejudice as a result in the difference between the crime with which she was convicted so can I just ask you what why not ask to have the information amended or adjusted once once you're at the stage of the case where you've had your chance to argue that the White House count ground the White House complex and Treasury Department count and the district judge rejects that so you know that you're in a land in which what's spelled out in the information if you include the factual statement about the White House complex and US Department of Treasury doesn't count under the statute then why not adjust the information your honor I don't actually think the timing of the case bears out the conclusion that the government had that opportunity and it's responsive pleading to miss jobbers rule 29 motion the government continued to argue that the White House complex the entire complex was covered by the statute as part of that pleading the government noted that if it believed it was necessary the court could amend the information under rule 7e that's page 138 of the appendix there was then argument on that motion that also constituted closing argument at which the defense was given opportunity to present evidence and declined and then in its written order the court both resolved the rule 29 motion and then went on to resolve the merits of the case so there wasn't this time between when the court rejected the government's statutory interpretation and when it made its final decision for the your honors understanding of the statute you should amend the information but fundamentally if the complaint by defense counsel is that the court in amended the information that amendment was proper under rule 7e and if there was some error in rule 7 because the court did it to a sponte rather than upon an explicit motion from the government that error was harmless because again there's just no prejudice here the defendant has no factual defense to the charge of attempting to enter the White House she believed she had entered the White House when she arrived at the Treasury buildings port-a-code entrance where a pillar entrance and she intended to go there to speak with President Trump so and the defense has never identified even today how the defense to attempted entry of the White House would have differed certainly they never sought a sought a continuance when the when the district court indicated that he believed the government had a better argument for attempt they had the opportunity to put on evidence at a time when the government had already filed a pleading saying to the court you should find the defendant guilty of attempt and so fundamentally it's harmless the court could also say it was an appropriate amendment under rule 7e or the court could say it was an appropriate conviction for attempt under rule 31 C but anyway you 31 see what 31 c2 your honor is our view the crime charge was a completed violation of section 1752 a1 and the crime for which she was also said you disputed c2 but I didn't read your footnotes saying that I didn't say that it wasn't c2 your honor we merely said that the courts seemed to lump these together and the court the district court here wasn't entirely clear that it was proceeding under under that ground and so if for some reason by narrowing the factual allegation from White House complex to White House grounds the court was convicting of a necessarily included offense under c1 or c3 that's that was appropriate as well but it seems that legally the cleanest path is to say that the court found the defendant guilty of an attempt for the same statutory provision with which she was charged and thus this was proper under 31 c2 let's suppose the the what happened is that the defense had had you know raised this as an issue potentially and so the government reopened its case and put on the evidence that just before the incident at the Treasury building she had gone to the vice president's residence and tried to climb the fence there and was chased off and got in her car and then that's when she went to the Treasury Department and then the government said she should be found guilty of 1752 a1 because she attempted to enter the the vice president's residence and that's a restricted area would that be okay I think there your honor there's potentially a due process notice problem but not necessarily a rule 31 problem I think they're conceptually distinct and so there you might say that there was the lack of notice of the facts alleged and therefore to process violation and the court wouldn't even need to get to whether a rule 31 was complied with but here there was no lack of notice issue because the defense was on notice both of the factual allegation that she entered the White House complex and the White House grounds is entirely subsumed within that as well as the fact that in the charging document and the complaint under which he was arrested all of the facts set for that were ultimately proved that trial were alleged which was she went into this restricted area with the intent to enter the White House and so I think that's distinguishable when did that when did the government first argue that she was guilty of attempt I believe that the government raised the prospect although I'm not a hundred percent certain orally during after the defense filed their written motion for judgment of acquittal or rule 29 motion as the government noted at the time that was a legal issue that they had clearly prepared in advance and that should have been brought under rule 12 before trial I believe orally the government in August of 2018 at that the rule 29 stage mentioned that she could be convicted of attempt certainly the government briefed in its response of rule 29 feeding to which the defense both had a reply brief and then had the opportunity at the September 13th hearing to put on evidence and the judge gave them two opportunities both at the beginning and at the end of the hearing and both times the defense declined to put on evidence to kind of have the defendant justified and rested and that's because it's apparent that there is no factual defense to this defendants attempted entry of the White House and so this was a legal defense that fails whether it's under rule 31 rule 7 or ultimately any error would be on this so just so that we're clear your position as to how we are supposed to construe the language of rule 31 C 2 in attempt to commit the offense charged is that we should consider offense charged to be whatever the statute is in in the factual basis for the offense is irrelevant to to how this rule should be interpreted so I think that's one interpretation of rule 31 C 2 that we've offered based upon the schmuck case which focuses again it's a different subsection of 31 C but which focuses on the statutory elements in deciding whether something's necessarily included it seems like schmuck suggests that the appropriate focus for the court is on the statute charge not under facts but if the court disagrees and thinks that the factual allegations are also encompassed within the offense charge we still think that rule 31 C 2 is satisfied here because the factual White House or its grounds is completely subsumed within the White House complex that was charged and thus you know under Miller the court can't you know courts there's it's not a variance to find the defendant guilty of factual allegations that are narrower than those so so let me ask you the same hypothetical I asked mr. Kramer suppose she was charged with assaulting a federal employee namely punching a Treasury Department employee but then the evidence at trial that that convinces the the fact finder here the the district judge is that she actually punched an Interior Department employee a park park police official no problem finding her guilty of that when that's not what was alleged in the information under rule 31 C 2 I I'm not sure it's a rule 31 issue because there's no attempt or necessarily included offense I think there's no problem there because it's a variance and not well it's a rule 31 C 2 because she's found guilty of assaulting a federal officer it's just not a Treasury Department officer it's an Interior Department officer so she's found guilty of the same statutory offense assaulting a federal officer yes your honor but rule 31 C 2 it has to be attempt which is why I said I don't think it's a rule 31 C 2 ultimately I think it's a variance but not a prejudicial bearing it's not a constructive amendment because the identity of the federal officer charge or the department for which the federal officer works it's not a necessary element of the statute and so the court could you know vary from the information by ignoring that part of it or you know striking it as surplus age it's like in felon in possession cases where the government alleges that the defendant possessed a certain type of firearm and evidence a trial establishes that you know we charged the wrong firearm it was a 45 instead of a 22 and the cases are clear that that type of surplus age can be struck from the indictment because it's it is surplus it's not necessarily to the to the crime charge I think that answers your hypothetical but I think that's a different case than we have here but if the court is struggling with the rule 31 issue it seems like regardless of whether government expressly asked for a rule 70 amendment that's fundamentally what the defense is arguing that this was an improper amendment and rule 70 makes clear that because the grand jury right doesn't apply to information's information's can be amended so long as that complies with the due process notice right and for the reasons we argue in our brief this defendant was on ample notice that she would have to defend against an attempted violation of statute charge of the White House that's a tune within the White House complex okay let me make sure my colleagues don't have additional questions for you thank you mr. Lenners thank you mr. Kramer will give you two minutes for rebuttal thank you your honors several points first of all the government's claim that the factual basis is irrelevant as I get it was never made in the district court or in their brief in fact in the district court they said just the opposite as I said it includes the essential facts of the conduct and informed her of the specific conduct alleged to be a federal crime that's at page 155 I want to say about the amendment to the indictment at page 138 of the appendix they said there is no need to amend the information in light of the authorities discussed and they said it is entirely unnecessary to amend the information because of their argument that the White House complex and Treasury were restricted areas I'd also like to point out at page 194 of the appendix they said subject matter jurisdiction can be raised that this is the government subject matter can be raised at any time the problem with the subject matter jurisdiction that they made a couple of days ago to dismiss the charge is not the timing of it if this it's that there's no basis for it legally so they were not arguing that the timing of it was improper and then the perhaps the most troubling thing is the government just said a finding under either c1 rule 31 c1 or c3 would also be appropriate in this case which could also uphold the district court and that's just completely incorrect because this Supreme Court and schmuck was talking about lesser included offenses which the Supreme Court made clear in Carter meant lesser in terms of c1 or c3 contract because those it's not lesser included in terms of punishment in this particular case so what they relied on c2 they did that a footnote indicated maybe c1 and c3 would apply to but they relied on c2 I well I I'm not so clear since they just said in argument it's also proper under c1 and c3 but I think the district court relied on c2 absolutely I think the district court said the government has not asked the district court specifically said I note that the government has not asked to amend the information and I think the district court was relying totally on c2 but you cannot attempt to commit something that's not a federal crime which gets back to the main argument in any of that thank you thank you counsel thank you to both counsel we'll take this case under submission
judges: Srinivasan, Wilkins, Silberman